**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Cobbler Nevada, LLC

                          Plaintiff,

v.

                                        Case No.: 1:15−cv−08437
                                        Honorable Rebecca R. Pallmeyer

Does 1−26

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 24, 2015:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing set for 11/30/2015 is stricken and re−set to 1/11/2016 at 9:00 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.