IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COBBLER NEVADA, LLC, | ) |
| | ) Case No.: 15-cv-8437 |
| Plaintiff, | ) |
| | ) Judge Rebecca R. Pallmeyer |
| v. | ) |
| | ) |
| DOES 1-26, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS**

Plaintiff, Cobbler Nevada, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendants associated with Internet Protocol addresses 50.204.48.2 (Doe No. 1); 67.175.193.78 (Doe No. 10); 73.208.159.168 (Doe No. 14); 73.22.121.171 (Doe No. 18); 50.129.9.97 (Doe No. 20) and 98.220.227.216 (Doe No. 24). Each party shall bear its own attorney's fees and costs. Plaintiff is not dismissing any other Doe Defendants at this time.

The respective Doe Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: March 17, 2016          COBBLER NEVADA, LLC

By:     s/Michael A. Hierl
        Michael A. Hierl (Bar No. 3128021)
        Todd S. Parkhurst (Bar No. 2145456)
        Hughes Socol Piers Resnick & Dym, Ltd.
        Three First National Plaza
        70 W. Madison Street, Suite 4000
        Chicago, Illinois 60602
        (312) 580-0100 Telephone
        (312) 580-1994 Facsimile
        mhierl@hsplegal.com

        Attorneys for Plaintiff
        Cobbler Nevada, LLC

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Certain Doe Defendants was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 17, 2016.

                                                                                        s/Michael A. Hierl