# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Cobbler Nevada, LLC

                        Plaintiff,

v.                                              Case No.: 1:15−cv−08437
                                                     Honorable Rebecca R. Pallmeyer

Does 1−26, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 18, 2016:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to notices [21, 22], claims against Doe Defendants No. 1, 3, 10, 12, 14, 15, 18, 19, 20, 21, 23, 24, 25 are dismissed. Case remains pending as against all other Defendants. Mailed notice, (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.